UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────x
JEFFERY WILLIAMS,                                                  Civil Action No. 1:25-cv-2171

        Plaintiffs,

   -against-

BOLU INC. d/b/a TURKISH KITCHEN              **NOTICE OF VOLUNTARY**
and CITY LIGHTS PROPERTIES LLC,              **DISMISSAL WITH PREJUDUCE**

        Defendant.
───────────────────────────────────x

    Plaintiff Jeffery Williams, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice against the above-captioned defendants.

    Dated: May 20, 2025

By: *Gabriel Levy*
    ────────────────────

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com